FILED

2008 MAR -4 PM 2:37

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY: ____________

DONALD M. GINDY
PROFESSIONAL LAW CORPORATION
1880 CENTURY PARK EAST
SUITE 615
LOS ANGELES, CALIFORNIA 90067-1622
Tel (310) 772-0585
Fax (310) 772-0018
email: don@gindylaw.com
DONALD M. GINDY, ESQ. SBN 45228

Attorney for Plaintiff David Crook dba VB Conversions

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WEST REGION**

| | |
|---|---|
| DAVID CROOK doing business as VB CONVERSIONS, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>ZIFF BROTHERS INVESTMENTS, a Delaware Limited Liability Company; Ziff-Davis Media, Inc., a Delaware Corporation; Andy Estema, an individual; DOES 1-10, Inclusive,<br><br>Defendants. | **CASE NO.** CV08-1508 MMM SHx<br><br>**COMPLAINT: COPYRIGHT INFRINGEMENT; CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>***DEMAND FOR JURY TRIAL*** |

Plaintiff, David L. Crook doing business as VB Conversions, a sole proprietorship, hereby brings the within action against Ziff Brothers Investments, LLC., a Delaware limited liability company and Andy Estema, an individual, for their systematic and continuous acts of copyright infringement and vicarious and contributory copyright infringement. This action is based upon a federal question.

**A. SUMMARY OF THE ACTION.**

1. This action seeks damages and injunctive relief based upon defendant's unauthorized copying and usage of plaintiff's copyrighted software entitled "VB.NET to C# Converter." (C# is pronounced C Sharp)

**B. JURISDICTION.**

2. This action arises under the Copyright Act of the United States, 17 U.S.C.§101 and 501, et seq. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338 (a) and (b).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

4. Further, Plaintiff alleges venue is proper as the result of a Forum Selection Clause in a license agreement affirmed by defendant designating the County of Los Angeles, State of California, as the suitable location for hearing in the event of a dispute.

**C. PARTIES.**

5. David L. Crook is the sole owner and operator of his company entitled VB

Conversions (hereinafter "VBC"). He is a resident of Overland Park, Kansas. The Principal headquarters of his business is located here.

6. Plaintiff is informed and believes and thereon alleges that Ziff Brothers Investments LLC, is a Delaware limited liability company, with headquarters in New York City. It is believed that Ziff engages in money management and investments as its primary business objective.

7. Plaintiff is further informed and believes and thereon alleges that defendant, Andy Estama, is and was at all times relevant to the allegations found in this Complaint to be an employee operating within the course and scope of his employment by Ziff Bros. Investments.

**D.. GENERAL ALLEGATIONS**

8. Plaintiff has registered his programs with the Register of Copyright and was given the registration number of TX 6-285-849 for Version 1.0 of the above entitled program; TX 6-425-720 for Version 2.0. A copy of his registrations are attached hereto and incorporated by reference as Exhibit "A."

9. VBC sells its copyrighted program online at www.vbconversions.net. Mr. Crook subscribes to the Shareware philosophy of offering his program for a limited time to potential purchasers. In this instance, he offers it for 15 days. A party is permitted to try out the program and see if it is suitable for their needs. If so, they may apply for a

license by paying the required fee and affirming a license agreement. However, prior to being permitted to use the Trial version, a prospective purchaser must affirm an End User Licensing Agreement first. Upon doing so, they will receive a registration code which permits unlimited access to the program. The trial version of the program automatically disables after 15 days. A copy of the End User Licensing Agreement (EULA) is attached hereto as Exhibit "B."

10. Unfortunately, despite the best efforts of VBC, it has not been able to stem the tide of unscrupulous people who have gained unauthorized access to his program and have used the software to quickly convert to this latest incarnation of computer language. These intruders have used so-called "cracking sites" which exist in great abundance on the Internet. These sites supply the decryption of registration keys to developer's software and enable fraudulent registration codes (or keys) to be used in order to gain access to the programs. In self defense, VB has adopted *a tracking system* which is able to identify the date and time of the intruder, the external and internal IP of the offending computer, the identity of the user of that computer and other data which is integral to proof of infringement.

11. The tracking system VBC adopted was created by Hitek Software LLC

of Goleta, CA. VBC and Hitek have contracted to have the latter monitor its program and detect unauthorized access. Hitek receives the data at its servers almost simultaneously as it is received at VBC's servers.

12. In business programming, Visual Basic (VB) has one of the largest user bases and is probably the most popular programming language. But many developers look to more recent computer languages in order to enhance what they do and to eliminate flaws found in earlier programs such as VB. Newer languages used by programmers include C, C+ and C++. C# has evolved from these earlier attempts at improving VB.

13. C# is intended to be a simple, modern, general-purpose, Programming language. The language is intended for use in developing software components suitable for deployment in many different environments. For instance, C# compilers exist for just about every platform imaginable, including Mac, Linux, Windows, Solaris, etc.

14. C# is suitable for writing applications for both hosted and embedded systems, ranging from the very large that use sophisticated operating systems, down to the very small having dedicated functions.

15. Plaintiff is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities, named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Plaintiff will seek leave to

amend this complaint when their true names and capacities are ascertained. Plaintiff is informed and believes and thereon alleges that all of the defendants, known and unknown, are in some manner responsible for the wrongs alleged herein and that at all times mentioned herein were the agent and servant of the other Defendants and acting within the course and scope of said agency and employment.

16. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, Defendants and DOES 1-10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior. Plaintiff further alleges that said defendants have a non-delegable duty to prevent or cause such acts and behavior described herein, which duty defendants failed and/or refused to perform.

**FIRST CLAIM FOR RELIEF:** ***Violation of 17 U.S.C.§106(1)& 501, et.seq., Copyright Infringement against all defendants.***

17. Plaintiff incorporates by reference paragraphs 1 through 16 as if the same were set forth fully herein.

18. In this instance, it was disclosed that a computer owned and operated and/or under the care, custody and control of defendant Ziff Brothers had used a fraudulent registration "key" (or code) to unlock plaintiff's program. Hitek detected that this intrusion

occurred on Tuesday, April 3, 2007, initially at 3:02 p.m. The tracking system was alerted that on April 3, 2007, the defendants converted 39,610 lines of Visual Basic to C# without plaintiff's knowledge and consent. Documents attesting to the findings of Usage are attached hereto and incorporated by reference as Exhibit "C."

19. Subsequently, on June 1, 2007, at 11:21 a.m., the tracking system detected that through the use of a fraudulent 25 digit alphanumeric code, not issued by plaintiff, defendant again engaged in the unauthorized usage of plaintiff's program. On June 1, 6, & 25; July17&18; and, on August 17, 2007, defendant converted 243,579 additional lines became C#. Copies of the Proof of Usage is attached hereto and incorporated by reference as Exhibit "D."

20. Further, on September 27, 2007, October 5, 2007, and October 12, 2007, it was disclosed that as a result of defendants' actions an additional 128, 403 lines were converted to C#. The total of unauthorized copying of plaintiff's copyrighted program amounts to 411,592 lines which have been converted to C#. Copy of the Proof attesting to this infringement is attached hereto as Exhibit "E."

21. Although no additional lines of code were found to have been converted by Ziff, it was learned that on December 12, 2007, usage of the program was detected at 3:32 p.m., by use of computer entitled NYITD6194D1. Attached hereto as Exhibit "F."

22. Reference to the American Registry of Internet Numbers (ARIN) indicates that the computers identified by their external internet protocol numbers are within the range of computers under the custody and control of Ziff Brothers Investments. The external internet protocols are: 208.195.65.104. A copy of the ARIN Report is attached hereto as Exhibit "G ."

23. The computer which was used throughout the conversions process is called: NYITD6194D1. The user is named "aestama." The domain or workgroup is entitled: ZBINY. The internal internet protocol numbers for the above computer are:192.168.84.101.

24. The user of the above device gained unauthorized entry by use of a fraudulent registration code. The code is: 1A9WD-WZGRR-NZVYT-FU1MW-13RXU. This code was detected by the monitoring system. It is not a code issued by plaintiff.

25. As a proximate result of the unauthorized access gained by defendants, the plaintiff sustained a loss of sales, a diminution of value of his program, a potential loss of license value. Meanwhile, the defendants have profited unjustly in the sum of $411,592.00, by not having to employ a programmer to do the work completed by the unauthorized use of plaintiff's program. Plaintiff has been harmed by the fraudulent use of a registration code

which apparently enabled the infringer to decipher plaintiff's proprietary key leading to the exceedingly large number of lines to be converted.

26. Plaintiff is informed and believes and thereon alleges that without the benefit of plaintiff's copyright program, a programmer would require, at the very least, 4,115 hours to convert the number of lines which defendants' obtained by way of their fraudulent actions. Plaintiff is further informed that the average cost of a programmer is approximately $100.00 per hour and that a programmer could potentially convert, *at the very best*, only about 100 lines per hour in the absence of plaintiff's program. Accordingly, defendants' have been unjustly enriched and profited by misappropriating the code in the amount of $411,592.00, in that they did not have to employ such persons to do this work and pay them the customary amount required to do an equivalent job.

27. Plaintiff further contends that defendants, and each of them, have profited and will continue to profit in an amount unknown, but according to proof pursuant to 17 U.S.C. §504(a)(1) & (b).

28. Plaintiff contends that the use of a fraudulent code to gain unauthorized access to the program was an intentional, knowledgeable and deliberate act designed to unlock plaintiff's registration code. It was therefore a willful act subjecting defendants' and each of them to the maximum amount of Statutory Damages permitted by law or $150,000.00.

**SECOND CLAIM FOR RELIEF:** ***Vicarious Copyright Infringement against defendant Ziff Brothers Investments .***

29. Plaintiff incorporates by reference paragraphs 1 through 28, inclusive, as if the same were set forth fully herein.

30. Plaintiff is informed and believes that at all times relevant to the actions complained of herein, the defendant A.Estema was conducting himself as an employee of defendant Ziff.

31. Plaintiff believes that defendant Andy Estema was a computer specialist and/or programmer assigned to maintaining and improving his employer's computer systems and, in so doing, sought out programs that would improve the Visual Basic system upon which Ziff's programs were based. Plaintiff further alleges that among the programs which Estema attempted to use was that of plaintiff, i.e., VB.Net to C# Converter.

32. Plaintiff further alleges upon information and belief, as Estema's employer defendant Ziff had the right and ability at all times to oversee, govern, control and direct its employees actions, including, but not limited to, halting any adverse conduct in which its employee engaged. Yet, despite this ability, defendant Ziff failed and continues to fail to enforce rules of conduct upon its employee which has led to the massive number of converted lines of which plaintiff complains herein.

33. Plaintiff further alleges that as a proximate result of defendant Estema's

conduct, defendant Ziff has profited as set forth above in an amount and in a manner that would not have taken place but for the purloining of plaintiff's copyrighted software by its employee. Accordingly, defendants' have gained a financial benefit to which they are not entitled.

34. Under the circumstances outlined above, defendants' are liable to plaintiff as a vicarious copyright infringer in the amount of $411,592.00.

Defendants' are also liable for Actual Damages over and above those stated for its use of the program and the program's contribution to profits in an amount unknown at this time, but according to proof at time of trial. In the alternative, defendants' are liable to plaintiff for Statutory Damages in the amount of $150,000.00, as and for willful infringement.

**THIRD CLAIM FOR RELIEF: *Contributory Copyright Infringement against defendants Ziff.***

35. Plaintiff incorporates by reference paragraphs 1 through 34, inclusive, as if the same were set forth fully herein.

36. By virtue of their respective positions as employers, defendants' knew or had reason to know that their employee had gained unauthorized access to plaintiff's copyrighted program and was using same for the benefit of Ziff.

37. Furthermore, plaintiff is informed and believes that defendants' aided and abetted the actions of its employee and materially contributed therein by supplying the data

and equipment necessary to encourage, urge and persuade, and induce the usage of plaintiff's intellectual property on many programs which assisted in connection with, among others, its alleged failure to make a timely bond payment; managing risk on interest rate swap agreements; and, hiring investment bank Morgan Stanley Dean Witter & Co., to explore joint ventures, alliances, merger or sales as well as assisting with programs focused on Primebroker.

38. Defendants, and each of them, are jointly and severally liable to plaintiff in Actual Damages of the sum of $411,592.00, and all profits attributable to the infringement, according to proof at time of trial. In the alternative, defendants are jointly and severally liable for Statutory Damages of $150,000.00, as and for the willful and intentional infringement and unauthorized access, copying and usage of plaintiff's copyrighted program.

**WHEREFORE**, plaintiff prays that the Court issue the following:

A. Defendant be enjoined during the pendency of this action and permanently thereafter from appropriating, using or otherwise benefitting from plaintiff's copyrighted application software identified above;

B. Defendants be ordered to pay plaintiff all damages sustained by him as the result of their unlawful acts, with prejudgment interest, as well as account for and pay for all gains and profits they have enjoyed at plaintiff's expense. In

particular, plaintiff demands compensation of at least $150,000.00, or Actual Damages of at least $411,592.00, plus profits attributable to the infringement, both direct and indirect, according to law.

C. Such other and further relief as the Court deems just and proper under the circumstances;

D. Trial by jury;

E. All costs of litigation, including, but not limited to costs of suit, reasonable attorney fees and interest at legal rates.

DATED: January 30, 2008

**DONALD M. GINDY, PLC**

By: [signature]

DONALD M. GINDY
Attorney for Plaintiff
David Crook dba VB Conversions

# EXHIBIT "A"

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-285-849

EFFECTIVE DATE OF REGISTRATION

Month Feb. Day 13 Year 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
VB.Net to C# Converter 1.x

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
David Crook

DATES OF BIRTH AND DEATH
Year Born ▼ 1964 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Converts programs written in the Visual Basic.Net language to C#

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July Day ▶ 1 Year ▶ 2004
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Crook
11184 Antioch #179
Overland Park KS 66210

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED FEB 13 2006
ONE DEPOSIT RECEIVED FEB 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America




EFFECTIVE DATE OF REGISTRATION
Jul 26 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

TITLE OF THIS WORK ▼
VB.NET to C# CONVERTER, VERSION 2.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

NAME OF AUTHOR ▼
DAVID CROOK

DATES OF BIRTH AND DEATH
Year Born ▼ 1964 Year Died ▼ N/A

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
NEW AND REVISED COMPUTER PROGRAM TEXT

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ JULY Day ▶ 10 Year ▶ 2006
UNITED STATES ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DAVID CROOK
11184 Antioch #179
Overland Park, KS 66210

See instructions before completing this space.

APPLICATION RECEIVED
JUL 26 2006
ONE DEPOSIT RECEIVED
JUL 26 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# EXHIBIT "B"

**END USER LICENSE AGREEMENT FOR VBCONVERSIONS SOFTWARE.**

1. **IMPORTANT-READ CAREFULLY:** This VBConversions End-User License Agreement ("EULA") is a legal agreement between you (either an individual person or a single legal entity, who will be referred to in this EULA as "You") and for the VBConversions software product that accompanies this EULA, including any associated media, printed materials and electronic documentation (the "Software Product"). The Software Product also includes any software updates, add-on components, web services and/or supplements that VBConversions may provide to You or make available to You after the date You obtain Your initial copy of the Software Product to the extent that such items are not accompanied by a separate license agreement or terms of use. By installing, copying, downloading, accessing or otherwise using the Software Product, You agree to be bound by the terms of this EULA. If You do not agree to the terms of this EULA, do not install, access or use the Software Product; instead, You should return it to Your place of purchase for a full refund.

This license shall be deemed to have been executed within the State of California, in the United States of America. It shall be construed and enforced in accordance with and governed by the laws of the State of California. The exclusive venue for resolution of any claim or dispute regarding this license shall be the County of Los Angeles. In the event of a claim of copyright infringement, the proper venue is acknowledged to be the United States District Court for the State of California.

**SOFTWARE PRODUCT LICENSE**

The Software Product is protected by intellectual property laws and treaties. The Software Product is licensed, not sold.

**1. GRANT OF LICENSE.** This Section of the EULA describes Your general rights to install and use the Software Product The license rights described in this Section are subject to all other terms and conditions of this EULA.

**General License Grant to Install and Use Software Product.** You may install and use one copy of the Software Product on a single computer, device, workstation, terminal, or other digital electronic or analog device ("Device"). A license for the Software Product may not be shared. This license may not be transferred to another user or company.

**Reservation of Rights.** All rights not expressly granted are reserved by VBConversions.

**2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.**

**Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, or disassemble the Software Product, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

**Trademarks.** This EULA does not grant You any rights in connection with any trademarks or service marks of VBConversions.

**No rental, leasing or conversion services.** You may not rent, lease, lend or provide conversion

services to third parties with the Software Product.

**Support Services.** VBConversions may provide You with support services related to the Software Product ("Support Services"). Any supplemental software code provided to You as part of the Support Services are considered part of the Software Product and subject to the terms and conditions of this EULA. You acknowledge and agree that VBConversions may use technical information You provide to VBConversions as part of the Support Services for its business purposes, including for product support and development. VBConversions will not utilize such technical information in a form that personally identifies You.

**Termination.** Without prejudice to any other rights, VBConversions may terminate this EULA if You fail to comply with the terms and conditions of this EULA. In such event, You must destroy all copies of the Software Product and all of its component parts.

**3. UPGRADES.**

**Standard Software Product.** If the Software Product is labeled as an upgrade, You must be properly licensed to use a product identified by VBConversions as being eligible for the upgrade in order to use the Software Product. A Software Product labeled as an upgrade replaces or supplements (and may disable) the product that formed the basis for Your eligibility for the upgrade. You may use the resulting upgraded product only in accordance with the terms of this EULA. If the Software Product is an upgrade of a component of a package of software programs that You licensed as a single product, the Software Product may be used and transferred only as part of that single product package and may not be separated for use on more than one Device.

**4. INTELLECTUAL PROPERTY RIGHTS.** All title and intellectual property rights in and to the Software Product (including but not limited to any images, photographs, animations, video, audio, music, text, and "applets" incorporated into the Software Product), the accompanying printed materials, and any copies of the Software Product are owned by VBConversions or its suppliers. All title and intellectual property rights in and to the content that is not contained in the Software Product, but may be accessed through use of the Software Product, is the property of the respective content owners and may be protected by applicable copyright or other intellectual property laws and treaties. This EULA grants You no rights to use such content. If this Software Product contains documentation that is provided only in electronic form, you may print one copy of such electronic documentation. You may not copy the printed materials accompanying the Software Product.

**5. BACKUP COPY.** After installation of one copy of the Software Product pursuant to this EULA, you may keep the original media on which the Software Product was provided by VBConversions solely for backup or archival purposes. If the original media is required to use the Software Product on the Device, you may make one copy of the Software Product solely for backup or archival purposes. Except as expressly provided in this EULA, you may not otherwise make copies of the Software Product or the printed materials accompanying the Software Product.

**6. EXPORT RESTRICTIONS.** You acknowledge that the Software Product is of U.S. origin. You agree to comply with all applicable international and national laws that apply to the Software

Product, including the U.S. Export Administration Regulations, as well as end-user, end-use and destination restrictions issued by U.S. and other governments

**7. APPLICABLE LAW.**

If you acquired this Software Product in the United States, this EULA is governed by the laws of the State of California. If this Software Product was acquired outside the United States, then local law may apply.

**8. LIMITED WARRANTY**

LIMITED WARRANTY FOR SOFTWARE PRODUCTS ACQUIRED IN THE US AND CANADA. VBConversions warrants that the SOFTWARE PRODUCT will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the SOFTWARE PRODUCT, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety (90) day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by VBConversions, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software Product does not meet VBConversions' Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 10 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction.

YOUR EXCLUSIVE REMEDY. VBConversions' and its suppliers' entire liability and your exclusive remedy shall be, at VBConversions' option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Software Product, or (b) repair or replacement of the Software Product, that does not meet this Limited Warranty and that is returned to VBConversions with a copy of your receipt. You will receive the remedy elected by VBConversions without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software Product to VBConversions). This Limited Warranty is void if failure of the Software Product has resulted from accident, abuse, misapplication, abnormal use or